*MIP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 APR 18 AM 11:46

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. **'08 MJ 1198** |
|  | ) | BY: _____ DEPUTY |
| Plaintiff, | ) |  |
|  | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) |  |
|  | ) | Title 8, U.S.C., Section |
| **Luis MALDONADO-Maldonado** | ) | 1324(a)(2)(B)(iii)- |
|  | ) | Bringing in Illegal Aliens |
| Defendant. | ) | Without Presentation |
|  | ) |  |
|  | ) |  |

The undersigned complainant being duly sworn states:

On or about **April 17, 2008**, within the Southern District of California, defendant **Luis MALDONADO-Maldonado**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Emigdia GONZALEZ-Valencia**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **April, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Emigdia GONZALEZ-Valencia** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 17, 2008 at approximately 5:04 AM, **Luis MALDONADO-Maldonado (Defendant)** made application for admission into the United States at the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a maroon 1994 Saturn SL2. Defendant presented himself for inspection before a Customs and Border Protection (CBP) Officer, presented a United States Passport (039614651) bearing the name Domingo Casillas as his entry document and gave a negative Customs declaration. The CBP Officer noticed that the image on the document did not resemble the Defendant. During a cursory inspection of the vehicle the CBP Officer discovered two people concealed inside the trunk of the vehicle attempting to elude inspection. The vehicle and its occupants were escorted to secondary for further inspection.

In secondary, two people were removed from the trunk of the vehicle and were determined to be citizens of Mexico without legal documents to enter the United States. It was also determined that Defendant was not the rightful owner of the document presented and that he was also a citizen of Mexico without entitlements to enter the United States. One of the concealed persons was retained as material witness and is now identified as **Emigdia GONZALEZ-Valencia (Material Witness).**

Defendant was advised of his Miranda rights and agreed to submit to questioning without benefit of counsel. Defendant admitted knowledge of the concealed aliens in the trunk of the vehicle. Defendant stated he arranged with a male known as "El Huaraches" to smuggle the aliens across the border and drop the vehicle off in San Ysidro, California. Defendant claims he was to receive a $2,300 USD discount from the original $3,000 USD fee he was to pay to be smuggled into the United States.

During a video-taped interview, Material Witness admitted he is a citizen of Mexico without legal rights to enter the United States. Material Witness stated he was going to pay Defendant $3,500.00 USD upon arrival to Los Angeles, California and that Defendant was the person who placed her in the trunk of the vehicle. Material Witnesses stated she was going to Los Angeles to seek employment.