FILED

MAY - 1 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>LUIS MALDONADO-MALDONADO,<br><br>             Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Criminal Case No. 08CR 1376-JLS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about April 17, 2008, within the Southern District of California, defendant LUIS MALDONADO-MALDONADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Emigdia Gonzalez-Valencia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code,

//
//
//
//

CJB:es:San Diego
4/21/08

1  Section 1324(a)(2)(B)(iii) and Title 18, United States Code,
2  Section 2.
3       DATED: May 1, 2008.

                          KAREN P. HEWITT
                          United States Attorney

                          /s/ Tara Stingley
                          CARLA J. BRESSLER
                          Assistant U.S. Attorney

CJB:es:San Diego
4/21/08

2