| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | WILLIAM A. HALL, JR. |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 253403 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7046/(619) 235-2757 (Fax) |
| | Email: william.a.hall@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1376-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| LUIS MALDONADO-MALDONADO, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

1
2  Effective this date, the following attorneys are no longer associated with this case and should
3  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
4  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
5  association):
6  Name (If none, enter "None" below)
7  None
8
9  Please call me if you have any questions about this notice.
10  DATED: June 22, 2008.
11                                          Respectfully submitted,
12                                          KAREN P. HEWITT
                                            United States Attorney
13
14                                          s/ William A. Hall, Jr.
                                            WILLIAM A. HALL, JR.
15                                          Assistant United States Attorney
16
17
18
19
20
21
22
23
24
25
26
27
28  Notice of Appearance
    U.S. v. Maldonado-Maldonado            2                        08CR1376-JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>　　　v.<br><br>LUIS MALDONADO-MALDONADO,<br><br>　　　Defendant(s). | Case No. 08CR1376-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　I, WILLIAM A. HALL, JR., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　1.  John C. Lemon, Esq.

　　　I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

　　　1.  None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on June 22, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　s/ William A. Hall, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM A. HALL, JR.