1  **JOHN C. LEMON**
   California Bar No. 175847
2  **LAW OFFICES OF JOHN C. LEMON, APC**
   1350 Columbia Street, Suite 600
3  San Diego, California 92101
   Telephone: (619) 794-0423
4  email: jlemon@san.rr.com

5  Attorney for **Mr. Maldonado-Maldonado**

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08cr1376-JLS |
| Plaintiff, | ) | Date: August 29, 2008 |
| | ) | Time: 9:00 a.m. |
| v. | ) | |
| **LUIS MALDONADO-MALDONADO,** | ) | **JOINT MOTION TO CONTINUE SENTENCING** |
| Defendant. | ) | |

The defendant, Luis Maldonado-Maldonado, through his attorney, John C. Lemon, and the United States of America, by its counsel, Karen P. Hewitt, United States Attorney, and William Hall, Assistant United States Attorney, jointly move the Court to continue the sentencing hearing currently scheduled for August 29, 2008, at 9:00 a.m., to September 12, 2008, at 9:00 a.m.

The parties jointly make this motion in at the request of defense counsel, who has a doctor's appointment.

Dated: August 23, 2008         /s/ John C. Lemon
                               JOHN C. LEMON
                               Attorney for Mr. Sarmiento

Dated: August 23, 2008         /s/ William Hall
                               WILLIAM HALL
                               Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that he has electronically filed the attached pleading.

Dated: August 23, 2008                        /s/ John C. Lemon
                                              Law Offices of John C. Lemon, APC
                                              1350 Columbia Street, Suite 600
                                              San Diego, CA 92101
                                              (619) 794-0423 (tel)
                                              (619) 652-9964 (fax)
                                              jlemon@san.rr.com (email)