**JOHN C. LEMON**
California Bar No. 175847
**LAW OFFICES OF JOHN C. LEMON, APC**
1350 Columbia Street, Suite 600
San Diego, CA 92101
Telephone: (619) 794-0423
email: jlemon@san.rr.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No: 08cr1376-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| | ) | |
| **LUIS MALDONADO-MALDONADO,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing:

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for August 29, 2008, at 9:00 a.m. be continued to September 12, 2008, at 9:00 a.m.

**SO ORDERED.**

DATED:  August 25, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge